Opinion issued June 19, 2008










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-08-00489-CV

____________


IN RE GEORGE JOHNSON, Relator






Original Proceedings on Petitions for Writ of Mandamus






MEMORANDUM OPINION By petition for writ of injunction, relator, George Johnson, challenges the
Justice of the Peace Court's (1) denial of his motion to dismiss. We have no general writ
power over a justice of the peace. See Tex. Gov't Code Ann. § 22.221(b) (Vernon
2004); Easton v. Franks, 842 S.W.2d 772, 773-74 (Tex. App.--Houston [1st Dist.]
1992, no writ).

 We dismiss the petition for injunctive relief for want of jurisdiction.

PER CURIAM

Panel consists of Justices Taft, Nuchia, and Higley.
1.